UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. BOCKARI, | No. 2:13-cv-0857 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA VICTIM COMP. & GOV'T CLAIMS BOARD, | |
| Defendant. | |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). On October 14, 2013, defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). No opposition to the motion to dismiss has been filed.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of December 4, 2013 is vacated. Hearing on defendant's motion to dismiss is continued to January 22, 2014 at 10:00 a.m. in Courtroom No. 26.
2. Plaintiff shall file opposition, if any, to the motion to dismiss, no later than January 8, 2014. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).
3. The initial scheduling conference presently set for January 15, 2014 is vacated until further court order.

DATED: November 25, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2